Case 4:18-cv-02253 Document 15 Filed on 02/21/19 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Freddy Lama Lokanga, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-2253 |
| | § | |
| Robert Lacy, Warden of Immigration | § | |
| Detention Facility, Core Civic, | § | |
|     Respondent. | § | |

## Memorandum and Recommendation

Lokanga filed his petition for writ of habeas corpus on June 29, 2018. He was in custody at an Immigration and Customs Enforcement contract detention facility when he filed it. Lokanga argued in his petition that his continued detention without a foreseeable removal date was unconstitutional. As relief he sought immediate release and attorney's fees.

Lokanga has been removed from the United States. While he was in "custody" for purposes of 28 U.S.C. § 2241 when he filed his petition, his release renders his petition moot. *See Sosa v. United States*, 504 F. App'x 353, 353–54 (5th Cir. 2013) (unpublished); *see also Avulov v. Bureau of Immigration & Customs Enf't*, No. CV B-07-227, 2008 WL 11388552, at *2 (S.D. Tex. May 27, 2008), *report and recommendation adopted*, No. CV B-07-227, 2008 WL 11388558 (S.D. Tex. June 18, 2008). Because Lokanga is not contesting his removability, he will not suffer any collateral consequences due to his pre-removal detention. The court therefore recommends that Lokanga's petition be dismissed.

Because the court is recommending that Lokanga's petition be dismissed as moot, he is not a prevailing party and cannot recover attorney's fees. *See Okafor v. Smith*, No. CIV.A. 12-0467, 2012 WL

The parties have fourteen days from service of this memorandum and recommendation to file written objections. *See* Rule 8(b) of the Rules Governing Section 2254 Cases¹; 28 U.S.C. § 636(b)(1)(c); FED. R. CIV. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on February 21, 2019.

_____
Peter Bray
United States Magistrate Judge

---

¹ The district court may apply Rules Governing Section 2254 to actions filed under 28 U.S.C. § 2241. *See* Rule 1(b), Rules Governing Section 2254 Cases.